**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JONATHAN LUKE CHRISTOPHER and, ) | Case No. 3:23-BK-31572-SHB |
| SAMANTHA ELIZABETH DIANE ) | Chapter 13 |
| CHRISTOPHER, ) | |
| ) | |
| Debtors. ) | |

## OBJECTION TO CONFIRMATION

**CREDITOR: INTERNAL REVENUE SERVICE ("IRS")**

The above Creditor objects to confirmation of this plan, and for grounds says:

(X)   1.   Creditor has a secured claim and has not accepted the plan.

(X)   2.   Creditor does not have adequate protection.

(X)   3.   Creditor's security has been improperly valued.

(X)   4.   Creditor is entitled to full payment of its secured claim with interest at the rate of 7%.

( )   5.   The plan does not provide for full payment of the Creditor's priority claim in accordance with 11 U.S.C. § 1322(a)(2).

(X)   6.   Debtors have the potential to accrue post-petition tax liability.

(X)   7.   The plan is not in good faith and/or is not feasible.

(X)   8.   The plan does not provide for meaningful payment.

(X)   9.   Creditor objects under 11 U.S.C. § 1307(e) and 11 U.S.C. § 1308(a) because Debtors have not filed their returns for the 2020 and 2022 tax years, and the Debtor husband has also not filed returns for the 2018 and 2021 tax years.

WHEREFORE, Creditor prays for a hearing, such orders as may be appropriate, and for notice and opportunity to be heard on any other matters, proceedings, or order in this cause.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

*/s/ J. Spencer Fair*
J. Spencer Fair (BPR #028069)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
Spencer.Fair@usdoj.gov
865-545-4167

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Objection to Confirmation has been served via the court's electronic noticing system and/or postage paid by the United States Postal Service to the following people this 25th day of September 2023.

Jonathan & Samantha Christopher
6547 Chapman Hwy
Knoxville, TN 37920
Debtors
By U.S. Mail

William E. Maddox, Jr.
William E. Maddox, Jr., LLC
Debtors' Counsel
By CM/ECF

Chapter 13 Trustee
By CM/ECF

United States Trustee
By CM/ECF

*/s/ J. Spencer Fair*
J. Spencer Fair
Assistant United States Attorney

2