

**SO ORDERED.**
**SIGNED this 4th day of January, 2024**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

JONATHAN LUKE CHRISTOPHER
SAMANTHA ELIZABETH DIANE CHRISTOPHER
fka SAMANTHA ALLEN

Case No. 3:23-bk-31572-SHB
Chapter 13

Debtors

## O R D E R

For cause shown, after notice and hearing held January 3, 2024, on confirmation of Debtors' Chapter 13 Plan filed on September 6, 2023, and the objections thereto filed by Debra L. Miller, Chapter 13 Trustee, the Internal Revenue Service, and Durham5, LLC, the Court directs the following:

1. The Chapter 13 Trustee Objection to Confirmation filed on December 19, 2023 [Doc. 53] is SUSTAINED, and confirmation is DENIED.

2. No later than close of business on January 16, 2024, Debtors shall comply with the following directives:

  A. Debtors shall file and serve on all affected creditors (as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court) amended statements and

schedules that fully disclose all assets, including all businesses, and all creditors, including but not limited to the State of Tennessee and other taxing authorities;

    B.  Debtors shall propose and serve on all creditors an amended plan with a hearing on confirmation noticed for February 28, 2024;

    C.  Debtors shall provide to the Chapter 13 Trustee the following documents:

        i.  their filed individual Form 1040 federal tax returns for 2018, 2019, and 2020;

        ii. any filed Form 940 and Form 941 business federal payroll tax returns of She Shed/Cherokee Tree Service for 2021, 2022, and 2023;

        iii.  any filed Form 940 and Form 941 business federal payroll tax returns of Ink Monster, LLC for 2021, 2022, and 2023;

        iv.  responses to the Chapter 13 Trustee's requests for production of documents and interrogatories;

        v.  all monthly operating reports due since the commencement of the case on September 6, 2023;

        vi.  a copy of the family trust documents; and

        vii.  either proof of workers' compensation insurance or an affidavit that there are no employees for which such insurance is required.

3.  On certification by the Chapter 13 Trustee that Debtors have failed to comply fully with the previsions of this order, this case will be dismissed without further notice or hearing with a 180-day bar on refiling a bankruptcy petition under any Chapter of the Bankruptcy Code.

###