

**SO ORDERED.**
**SIGNED this 25th day of January, 2024**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

| | | |
|---|---|---|
| JONATHAN LUKE CHRISTOPHER, | ) | Case No.  3:23-BK-31572-SHB |
| SAMANTHA ELIZABETH DIANE | ) | Chapter 13 |
|    CHRISTOPHER, | ) | |
| | ) | |
|    Debtors. | ) | |

## AGREED ORDER

Comes F. Scott Milligan, Chapter 7 Trustee for Ashley Rashelle Smith, a creditor herein, and the debtors, through counsel, and announce to the Court they have reached an agreement, pursuant to Rules 4004(b) and 4007(d) of the Federal Rules of Bankruptcy Procedure, to extend the time for the Chapter 7 Trustee to file a complaint objecting to discharge and/or nondischargeability pursuant to 11 U.S.C. §§ 1328 and/or 523 up to an including March 15, 2024.  It appearing that the agreement of the parties is appropriate, it is,

SO ORDERED

# # #

APPROVED FOR ENTRY:
/s/ F. Scott Milligan
F. Scott Milligan, BPR. No. 13886
PO Box 12266
Knoxville, TN 37912
865-659-8543
Counsel for F. Scott Milligan, Trustee


/s/ William E. Maddox, Jr. w/permission FSM
William E. Maddox, Jr., BPR. No. 17462
PO Box 31287
Knoxville, TN 37930
865-293-4953
Counsel for the debtors

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, a true and correct copy of the foregoing Order has been served upon the following by electronic mail and/or ECF.

    Tiffany Dilorio, Attorney for US Trustee
    Debra L. Miller, Chapter 13 Trustee
    John P. Newton, Jr., Attorney for Ashley R. Smith

The following have been served below by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

    Jonathan and Samantha Christopher
    6547 Chapman Hwy
    Knoxville, TN 37920

    Ashley R. Smith
    832 Mackenzie Drive
    Maryville, TN 37804

    /s/ F. Scott Milligan
    F. Scott Milligan